IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTWOINE CANNON,

    **Plaintiff,**

v.                                                    Case No. 4:23-cv-427-AW-MAF

TALLAHASSEE POLICE
DEPARTMENT,

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge recommends dismissal of this civil rights case for several reasons. One of those reasons is Plaintiff's failure to accurately disclose his litigation history. ECF No. 5. I agree with the magistrate judge that dismissal is appropriate on this basis, and I do not reach the magistrate judge's alternative recommendations.

The report and recommendation (ECF No. 5) is adopted to the extent it recommends dismissal for failure to disclose litigation history. The clerk will enter a judgment that says, "This case is dismissed without prejudice for Plaintiff's failure to disclose litigation history." The clerk will then close the file.

SO ORDERED on November 3, 2023.

                                                             s/ *Allen Winsor*
                                                             United States District Judge